[Doclose] [Order Closing]

ORDERED.

Dated: March 28, 2023

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                          Case No.
                                                8:22−bk−01441−CPM
                                                Chapter 7

Liberty Tradeshow Logistics, LLC


_____Debtor*_____/

ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE, CANCELING BOND, AND CLOSING ESTATE

   The Court finds that the Trustee in the above−captioned case has completed all disbursements, if any, as required, has rendered a full and complete account thereof, and has performed all duties required for the administration of this estate. Accordingly, it is

   **ORDERED:**

   1.  The account of the Trustee is approved and allowed, the estate is fully administered, and the estate is closed.

   2.  The Trustee is discharged from and relieved of the trust, the bond of the Trustee is canceled, and the surety or sureties thereon are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

   3.  All motions/objections/applications that have not been resolved are denied as moot.

   4.  The Clerk shall dispose of any exhibits left unclaimed in any matter or proceeding unless notified by the appropriate party within 30 days.

   *All references to "Debtor" shall include and refer to both the debtors in a case filed jointly by two individuals.